*Law Offices*

# BARKLEY & KENNEDY, CHARTERED

SUITE 1407
51 MONROE STREET
ROCKVILLE, MARYLAND 20850-2408
301-251-6600
FAX 301-762-2606

BRIAN E. BARKLEY
bbarkley@barkenlaw.com
DANIEL M. KENNEDY, III
dkennedy@barkenlaw.com

OF COUNSEL:
JEFFREY P. McEVOY
BRUCE N. DEAN

*FREDERICK OFFICE:*
8 WEST THIRD STREET
FREDERICK, MD 21701
301-607-1231

October 20, 2009

The Honorable Paul Mannes
Judge, United States Bankruptcy Court
District of Maryland
6500 Cherrywood Road
Greenbelt, Maryland 20770

    Re:    *United States Trustee v. The American Debt Free Association, Inc. (TADFA)*
            *Case no.: 07-00854-AP*

Dear Judge Mannes:

    In response to the letter of October 16, 2009 from the Office of the United States Trustee for Region 4, I have also uploaded a proposed Order in accordance with the instructions in the Memoranda of Decisions entered on August 14 and September 25, 2009. I did not receive the proposed draft Order from the United States Trustee until the afternoon of Tuesday, October 13, and was unable to respond to it by October 16, 2009, on which date I was told that the U.S. Trustee would be filing the proposed Order.

    My client agrees that the amount of the fees received by it were $65,230.00, and that the correct amount after deducting the payments to the Sirody Firm would be $46,253.00.

    In the Memorandum dated August 14, 2009, the Court stated that "In accordance with 11 U.S.C. § 110(k)(1), TADFA is fined $125.00 per violation. We assume that the Court intended to cite 11 U.S.C. § 110(l)(1). However, the Court did not state whether it intended to fine TADFA for one violation for each case, or, as the United States Trustee suggests, the Court intended to fine TADFA for nine violations per case.

    Finally, TADFA would bring to the Court's attention that the Order proposed by the United States Trustee contains damage calculations based upon 11 U.S.C. § 110(h)(3)(B), but this section of the Code was not cited to nor referred to in the Court's Memorandum dated August 14, 2009.

    We stand ready to answer any additional questions or provide any further input into the ultimate Order, if the Court so desires.

        Yours truly,

        **BARKLEY & KENNEDY, CHARTERED**

        _/s/ Brian E. Barkley_
        BRIAN E. BARKLEY, ESQUIRE

cc:

Jeanne M. Crouse  
Asst. United States Trustee  
6305 Ivy Lane, Suite 600  
Greenbelt, MD 20770

W. Clarkson McDow, Jr.  
United States Trustee  
1835 Assembly St., Suite 953  
Columbia, S.C. 29201

Mark A. Neal  
Asst. United States Trustee  
101 W. Lombard St., Suite 2625  
Baltimore, MD 21201

Jeffrey M. Sirody, Esq.  
Sirody, Freiman & Feldman, P.C.  
1777 Reisterstown Rd., Suite 360E  
Baltimore, MD 21208

Curtis B. Uhre  
The American Debt Free Association, Inc.  
2275 Research Blvd., Suite 500  
Rockville, MD 20850