*Law Offices*

# BARKLEY & KENNEDY, CHARTERED

SUITE 1407
51 MONROE STREET
ROCKVILLE, MARYLAND 20850-2408
301-251-6600
FAX 301-762-2606

BRIAN E. BARKLEY
bbarkley@barkenlaw.com
DANIEL M. KENNEDY, III
dkennedy@barkenlaw.com

*FREDERICK OFFICE:*
8 WEST THIRD STREET
FREDERICK, MD 21701
301-607-1231

OF COUNSEL:
JEFFREY P. McEVOY
BRUCE N. DEAN

December 18, 2009



RECEIVED

2009

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

The Honorable Paul Mannes
Judge, United States Bankruptcy Court
District of Maryland
6500 Cherrywood Road
Greenbelt, Maryland 20770

    Re:   *W. Clarkson McDow, U.S. Trustee v. The American Debt Free Association, Inc. (TADFA)*
           Case no.: 07-00854-AP

Dear Judge Mannes:

    I am writing pursuant to the provision of the final judgment in favor of Plaintiff and against Defendant TADFA, filed on November 19, 2009, requiring the Defendant to certify to the Court within 30 days of entry of the Order that all statutory damages required to be paid to the debtors identified in the Complaint have been paid. Unfortunately, due to this litigation, TADFA has ceased doing business and has no remaining assets with which to pay the damages to the debtors, nor to disgorge monies to the debtors, nor to pay the fines required to be paid to the Plaintiff, with the exception of $385.55 in its bank account.

    We will await the Court's instruction as to the disposition of the balance in the bank account.

                                     Yours truly,

                                     BARKLEY & KENNEDY, CHARTERED

                                     BRIAN E. BARKLEY, ESQUIRE

BEB:mp

cc:   Jeanne M. Crouse, Asst. U.S. Trustee